UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

FREDERIC WILLIAM MANCE III,
FREDERIC WILLIAM MANCE IV,
DANIEL STEVEN CALLAGHAN,

       Plaintiffs,

v.

ADVANCED GATE SECURITY INC.,
JONATHAN GUEDJ,

       Defendants.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiffs, FREDERIC WILLIAM MANCE III, FREDERIC WILLIAM MANCE IV, and DANIEL STEVEN CALLAGHAN bring this action against Defendants, ADVANCED GATE SECURITY INC. and JONATHAN GUEDJ, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and allege as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiffs FREDERIC WILLIAM MANCE III, FREDERIC WILLIAM MANCE IV, and DANIEL STEVEN CALLAGHAN were residents of the State of Florida and "employees" of Defendants as defined by the FLSA.

3. Defendants regularly engaged in business in Broward County, Florida and Plaintiffs regularly worked in Broward County, Florida.

4. At all times material hereto, Defendant, ADVANCED GATE SECURITY INC., was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of car sales, at all times material hereto was the "employer" of Plaintiffs as that term is

defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

5. Defendant, JONATHAN GUEDJ, is a resident of Palm Beach County, Florida and was, and now is, a manager of Defendant, ADVANCED GATE SECURITY INC., controlled Plaintiffs' duties, hours worked, and compensation, and managed the day-to-day operations of ADVANCED GATE SECURITY INC.. Accordingly, JONATHAN GUEDJ was and is an "employer" of the Plaintiffs within the meaning of 29 U.S.C. §203(d).

6. Two or more of Defendants' employees handled tools, supplies, and equipment manfuactured outside Florida in furthernace of their business including but not limited to phones, computers, computer monitors, computer keyboards, computer mice, pens, and paper.

7. Plaintiff FREDERIC WILLIAM MANCE III worked for Defendants as a project manager.

8. Plaintiff FREDERIC WILLIAM MANCE IV worked for Defendants as a installer.

9. Plaintiff DANIEL STEVEN CALLAGHAN worked for Defendants as a installer.

10. Defendants failed to pay Plaintiffs' full and proper overtime wages of 1.5 times Plaintiffs' regular hourly rate for hours worked over 40 each week.

11. Defendants failed to pay Plaintiffs' full and proper minimum wages.

12. Defendants regularly paid Plaintiffs late.

13. Attached as Exhibit A, Exhibit B, and Exhibit C are preliminary calculations of Plaintiffs' claims. These amounts may change as Plaintiffs engage in the discovery process.

14. Defendants have knowingly and willfully refused to pay Plaintiffs' legally-entitled wages.

15. Plaintiffs have complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

16. Plaintiffs have retained the services of the undersigned and are obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
## ALL DEFENDANTS

17. Plaintiffs reallege and incorporate the allegations set forth in paragraphs 1-16 above as if set forth herein in full.

18. Plaintiffs allege this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiffs are entitled to: (i) unpaid minimum wages; (ii) time-and-a-half overtime pay, and (iii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

19. Plaintiffs seek recovery of damages as referenced above and further seek interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiffs demand judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791