UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60131-CIV-SINGHAL/VALLE

FREDERIC WILLIAM MANCE III,
FREDERIC WILILAM MANCE IV,
DANIEL STEVEN CALLAGHAN,

    Plaintiffs,

v.

ADVANCED GATE SECURITY INC.,
JONATHAN GUEDJ,

    Defendants.
_____/

## FINAL DEFAULT JUDGMENT

**THIS CAUSE** is before the Court upon the Court's Findings of Fact and Conclusions of Law (DE [67]) entered on April 29, 2022. The Court having found that Final Default Judgment should be entered in favor of Plaintiffs and against Defendants, it is hereby

    **ORDERED AND ADJUDGED** as follows:

Final Default Judgment is entered in favor of Frederic William Mance III and against Advanced Gate Security Inc. and Jonathan Guedj, jointly and severally as follows: $23,580.40 as damages for unpaid wages under the FLSA and $23,580.40 as liquidated damages, for which sum let execution issue.

Final Default Judgment is entered in favor of Frederic William Mance IV and against Advanced Gate Security Inc. and Jonathan Guedj, jointly and severally as follows: $6,232.39 as damages for unpaid wages under the FLSA and $6,232,39 as liquidated damages, for which sum let execution issue.

Final Default Judgment is entered in favor of Daniel Steven Callaghan and against Advanced Gate Security Inc. and Jonathan Guedj, jointly and severally as follows: $6,370.09 as damages for unpaid wages under the FLSA and $8,822.91 as liquidated damages, for which sum let execution issue.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of April 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF
and by US Mail to:

Jonathan Guedj and
Advanced Gate Security, Inc.
1313 W. Boynton Beach Blvd.
1B # 371
Boynton Beach, FL 33426